UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN R. LEWIS,

       Case No. 12-10293

    Plaintiff,

       Honorable John Corbett O'Meara

v.

WASTE MANAGEMENT OF MICHIGAN, INC.,

    Defendant.

_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Steven R. Lewis filed a three-count complaint in this court January 23, 2012, alleging

the following causes of action: discrimination under the Americans with Disabilities Act (Count I);

retaliation under the Americans with Disabilities Act (Count II); and discrimination under

Michigan's Persons with Disabilities Civil Rights Act.

Although Plaintiff's federal causes of action are cognizable in this court pursuant to 28 U.S.C.

§ 1331, the remaining allegations present a claim based solely on state law.  This court declines to

exercise supplemental jurisdiction over Plaintiff's state law claim in order to avoid jury confusion.

See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City

of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).  Accordingly, it is hereby **ORDERED** that Count

III is **DISMISSED.**

       s/John Corbett O'Meara
       United States District Judge

Date:  March 8, 2012

    I hereby certify that a copy of the foregoing document was served upon counsel of record on
this date, March 8, 2012, using the ECF system.


                                    s/William Barkholz
                                    Case Manager